UNITED STATS DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Magistrate No.:** |
| | : | |
| | : | **VIOLATION: 18 U.S. C. § 641** |
| | : | **(Theft of Public Money (Misdemeanor))** |
| **v.** | : | |
| | : | |
| **PATRICIA BUCCELLO,** | : | |
| | : | |
| **Defendant.** | : | |

INFORMATION

The United States Attorney informs the Court that:

Count One

_____On or about between April 2005, and March 2007, in the District of Columbia, the defendant, Patricia Buccello, wilfully and knowingly did receive, conceal and retain stolen property of the United States, that is, U.S. currency, with intent to convert said property to her own use, knowing said property to have been stolen and obtained by fraud, in violation of 18 U.S.C. § 641.

**(Theft of Public Money (Misdemeanor), in violation of 18 United States Code § 641)**

                                          JEFFREY A. TAYLOR
                                          UNITED STATES ATTORNEY
                                          D.C. Bar No. 498610

By: _____
      Ronald W. Sharpe
      Assistant United States Attorney
      Fraud and Public Corruption Section
      555 4th St., N.W., Room 5828
      Washington, D.C. 20530
      (202) 353-9460