U.S. Department of Justice
U.S. Attorneys

# United States District Court for the District of Columbia

**FILED**

OCT 3 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA :

v. :

: Case No 07-MJ-517

PATRICIA BUCCELLO, :

DEFENDANT. :

## ORDER

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case;

2. It is this __31ST__ day of __OCTOBER 2007__ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on __OCTOBER 31, 2007__ by __DOI-OIG SPECIAL AGENT CHRISTINE PARR__ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to __THE MPD FIRST DISTRICT POLICE STATION__ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of __SPECIAL AGENT CHRISTINE PARR__ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

~~Judge~~ (U.S. Magistrate) DEBORAH A. ROBINSON

DEFENSE COUNSEL

DOJ USA-16-1-80