HONORABLE DEBORAH A. ROBINSON, UNITED STATES DISTRICT
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
**JAN 2 3 2008**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: 07-517M-01 |
| | : | |
| vs. | : | SSN: N/A |
| | : | |
| BUCCELLO, Patricia | | Disclosure Date: November 23, 2007 |

### RECEIPT AND ACKNOWLEDGMENT OF
### PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**
(CHECK APPROPRIATE BOX)

( )   There are no material/factual inaccuracies therein.

(X)   There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____        12/6/07
**Prosecuting Attorney**                **Date**

**For the Defendant**
(CHECK APPROPRIATE BOX)

( )   There are no material/factual inaccuracies therein.

( )   There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____        _____
**Defendant         Date**          **Defense Counsel         Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by **December 7, 2007**, to U.S. Probation Officer **Kelly Kraemer-Soares**, telephone number **(202) 565-1353**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT
By: Gennine A. Hagar, Chief
United States Probation Officer



U.S. Department of Justice

Jeffrey A. Taylor
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

December 6, 2007

**VIA FAX**

Kelly Kraemer-Soares
United States Probation Officer
333 Constitution Avenue, N.W.
Room 2800
Washington, D.C. 20001

        Re: <u>United States v. Patricia Buccello, Cr. 07-517M-01 (DAR)</u>

Dear Ms. Kraemer-Soares:

      In connection with the referenced case, the government has set forth below material/factual inaccuracies in the PSI..

<u>Page 1; Sentence Date</u>

      Currently reads January 9, 2008, at 1:30 p.m. Pursuant to an electronic court filing dated November 27, 2007, the sentencing date is now January 23, 2008, at 11:00 a.m.

<u>Paragraph 71, Page 15; Restitution</u>

      Restitution payments should be made payable and sent to the following:

Department of Interior, National Park Service
Attn: Sue Zurybida
P.O. Box 100000
13461 Sunrise Valley Drive
Herndon, VA 20171

Please contact me if you have any questions or need additional information.

                                            Sincerely yours,

                                            JEFFREY A. TAYLOR
                                            UNITED STATES ATTORNEY

By:      _____
            RONALD W. SHARPE
            Assistant United States Attorney
            (202) 353-9460