HONORABLE DEBORAH A. ROBINSON, UNITED STATES DISTRICT MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
JAN 2 3 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA  : Docket No.: <u>07-517M-01</u>
:
vs.  : SSN: <u>N/A</u>
:
BUCCELLO, Patricia  : Disclosure Date: <u>November 23, 2007</u>

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)

( )   There are no material/factual inaccuracies therein.

( )   There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____          _____
**Prosecuting Attorney**                     **Date**

**For the Defendant**

(CHECK APPROPRIATE BOX)

( )   There are no material/factual inaccuracies therein.

(X)   There are material/factual inaccuracies in the PSI report as set forth in the attachment.

*Patricia Buccello*  12/5/07        *[signature]*  12-7-07
**Defendant        Date              Defense Counsel        Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by <u>December 7, 2007</u>, to U.S. Probation Officer <u>Kelly Kraemer-Soares</u>, telephone number <u>(202) 565-1353</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**
By: Gennine A. Hagar, Chief
United States Probation Officer

**Receipt and Acknowledgment**                                      Page 2

10. The "Acting" detail was not continuous prior to Feb. 05. I resigned from the detail because of stress issues, for approx. 7 months. (July 04 – Feb 05).

11. All NPS Agents have blanket travel authorization, not just the SAC.

13. The free voucher went to the govt. I never used it for personal travel.

14. The widow already had 90% of the report & told me she wasn't interested in it.

16. Supervisors are supposed to audit credit cards – mine chose not to so it is not accurate. "...without the approval & knowledge of (my) supervisors."

36. My sister is not a software engineer but computer hardware sales.

38. I graduated Berkeley in 1976
    I worked as a hotel manager at Grand Canyon 1976-78
    I began with the NPS at Grand Canyon in 1978
    1978-1980 I split the year with winter at Everglades & summer at Grand Canyon.

40. I have a scar on my sternum from surgery.

41. I am now seeing a mental health counselor weekly.

45. Both employers are now very aware of my offense due to press releases submitted to the US Attorneys Office in local & national scope newspapers.

46. I began in the NPS in 1978. My pension is lower than the earlier estimate & comes to $3,000/month.
    (also on pg 11)

53. This is combined (David & Pat) income.

Signed by: _Pat Buccello_____
             **(Defendant/Defense Attorney/AUSA)**
Date:        12/5/07

Additional Errata from the Probation Report:

44. Although it is correct that the Defendant will be employed at the time of sentencing, she is no longer employed by the National Park Service or the Federal Government and has in accordance with the plea agreement resigned from the National Park Service.

Michael L. Spekter

Date: 12.7.07