| PROB 22-DC (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 1:07CR00517M-01 |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER: Buccello, Patricia Jean | FILED APR 1 1 2008 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT | DISTRICT District of Columbia | DIVISION U.S. Probation Office |
|---|---|---|---|
| | | NAME OF SENTENCING JUDGE Deborah A. Robinson | |
| | | DATES OF PROBATION | FROM 1/23/2008 — TO 1/22/2010 |

**OFFENSE**

Theft of Public Money, 18 USC § 641 (Class A Misdemeanor)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer named above be transferred with the records of the Court to the United States District Court for the District of Maine upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

2/15/08
Date

_____
United States Magistrate Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MAINE

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer be accepted and assumed by this Court from and after the entry of this order.

3/17/08
Effective Date

_____
United States District Judge